SOUTHERN ACTIVITE, INC. *v.*
ACTIVITE INTERNATIONAL, INC., et al.

No. 42322          May 21, 1962          141 So. 2d 251

*Aaron L. Ford,* Jackson, for appellant.

*Cox, Dunn & Clark,* Jackson, for appellees.

A̲r̲r̲i̲n̲g̲t̲o̲n̲, J.

We have carefully reviewed the record and the briefs in this case, and are of the opinion that the conclusions

reached by the chancellor, both as to the law and the facts, are correct.

It follows, therefore, that the cause should be and is affirmed.

Affirmed.

*McGehee, C. J.,* and *Ethridge, McElroy* and *Rodgers, JJ.,* concur.